■ Robin Hoffmann et al., v Sloan's Supermarkets, Inc., et al. — Motion granted to the extent of resettling the order of this court entered on November 30, 1982 (90 AD2d 1004), as indicated in the order of this court. Resettled order signed and filed. Concur — Asch, J. P., Bloom, Fein, Milonas and Alexander, JJ.

## (January 20, 1983)

■ In the Matter of Thomas Craparo et al., Petitioners, v Robert J. McGuire et al., Respondents. In the Matter of Thomas Craparo et al., Appellants, v Robert J. McGuire et al., Respondents. — Such portion of the June 4, 1982 order of the Supreme Court, New York County (M. Evans, J.), as was transferred to this court for determination, unanimously confirmed and, that portion of said order appealed from is unanimously affirmed, both without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Ross, Fein and Kassal, JJ.

■ In the Matter of the Arbitration between Jacob (Zwi)Frankel et al., Appellants, and Emeric Reisman et al., Respondents. — Appeal from order and judgment (one paper), Supreme Court, New York County (Shainswit, J.), entered on or about May 5, 1981, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Asch, Milonas and Alexander, JJ.

■ American Broadcasting Company, a Division of American Broadcasting Companies, Inc., Appellant, v George J. Abrams & Associates, Inc., a Division of the Griswold-Eshleman Company, et al., Respondents, et al., Defendant. — Appeal from order, Supreme Court, New York County (Lehner, J.), entered on January 5, 1982, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Sullivan, Asch, Milonas and Alexander, JJ.

■ Flora's Card Shop, Inc., Appellant, v Paul Krantz & Co., Inc., Respondent, et al., Defendant. — Order, Supreme Court, New York County (Lane, J.), on entered January 22, 1982, unanimously affirmed. (See *Video Corp. of Amer. v Flatto Assoc.*, 85 AD2d 448.) Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Carro, J. P., Silverman, Bloom and Fein, JJ. [111 Misc 2d 907.]

■ Charles F. Winson Gems, Inc., Respondent, v D. Gumbiner, Inc., Respondent, and Murray Schwartzman, Appellant. — Judgment, Supreme Court, New York County (Leff, J.), entered on April 14, 1981, unanimously modified, on the law and the facts, to reduce judgment to $21,500 plus interest and otherwise affirmed, without costs and without disbursements, for reasons stated in *Winson Gems v D. Gumbiner, Inc.* (85 AD2d 69). No opinion. Concur — Carro, J. P., Silverman, Bloom, Fein and Kassal, JJ.